# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158652(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KRISTOPHER ALLEN HUGHES,
     Defendant-Appellant.

_____/

SC: 158652
COA: 338030
Oakland CC: 2016-260154-FC

     On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan, the American Civil Liberties Union of Michigan, and the American Civil Liberties Union to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before July 31, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2020



Clerk